*Attorney or Party without Attorney:*
Trey Dayes
Phillips Dayes National Employment Law Firm, P.C.
3101 N Central Ave, Suite 1100
Phoenix, AZ 85012
*TELEPHONE No.:* (602) 288-1610

*Attorney for:* Plaintiff

*Ref No. or File No.:* 46509

*Insert name of Court, and Judicial District and Branch Court:*
In UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF ARIZONA

*Plaintiff:* Jennifer Garner
*Defendant:* Maxsmart Inc. dba Premiere Event, a Delaware corporation; et al

| CERTIFICATE OF SERVICE | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 2:15-cv-01504-DKD |

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct. At the time of service I was at least 18 years of age and authorized to serve process in this case.

I served copies of the Summons in a Civil Action; Complaint

a. Party served Michael David Palance

Address where served: 9678 East Gold Dust Avenue
Scottsdale, AZ 85258

5. I served the party

b. On: 8/21/2015 at: 7:15 PM I left the documents in the presence of:
Melanie Palance - Spouse and Co-Occupant
Age: 48 yrs. Race: Caucasian Sex: Female Eyes: Height: 5'7" Weight: 165 lbs. Hair: Red

(2) (home) a competent member of the household at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

Person who served papers:
NATIONWIDE LEGAL
Name: Bert Young
County of Maricopa, 8428
3150 N. 24TH STREET, D-104
Phoenix, AZ 85016
(602) 256.9700
www.nationwideasap.com

The fee for service was: $ 65.00

Date: August 25, 2015

(Bert Young)

AZ25885