# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Garner, | No. CV-15-01504-PHX-SRB |
| Plaintiff, | **ORDER** |
| v. | |
| Maxsmart Incorporated, et al., | |
| Defendants. | |

The Court has reviewed the parties' Notice of Voluntary Dismissal With Prejudice. (Doc. 32)

IT IS ORDERED dismissing this case with prejudice.

Dated this 17th day of June, 2016.

Susan R. Bolton
United States District Judge